

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 891010
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV  89101
(702) 388-6336 /Fax (702) 388-6698

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
FEB 27 2015
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>TONY TANA, also known as JJ,<br><br>DEFENDANT. | 2:15-cr-0043-KJD-PAL<br><br>GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL INDICTMENT AND PROCEEDINGS |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and Susan Cushman, Assistant United States Attorney, and respectfully moves this Court to unseal Indictment and proceedings. On February 23, 2015, the defendant made his initial appearance in the District of Nevada, was arraigned on the indictment, and entered a plea of no guilty. Trial is set for April 27, 2015.

The indictment should be unsealed given that the defendant has appeared on the captioned matter.

DATED this 27th day of February, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

SUSAN CUSHMAN
Assistant United States Attorney

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           PLAINTIFF,<br><br>vs.<br><br>TONY TANA, also known as JJ,<br><br>           DEFENDANT. | 2:15-cr-0043-KJD-PAL<br><br>ORDER |

Based on Government's Motion for an Order to Unseal Indictment and proceedings, in the above-captioned matter and good cause appearing, therefor

IT IS SO ORDERED that the Indictment and proceedings be unsealed.

DATED this 2nd day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE