UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>TONY TANA, also known as JJ,<br><br>                              Defendant. | Case No. 2:15-CR-43-KJD-PAL<br><br><br>ORDER |

   Based on the Government's Motion to unseal this case, and good cause appearing, it is **HEREBY ORDERED** that this case be unsealed.

DATED this 24th day of April, 2015.

_____
Kent J. Dawson
United States District Judge